452 A.2d 556

Platts v. U. of Penn., et al., Appellants.
Reargument Denied Dec. 10, 1982.

Petition for Allowance of Appeal Denied March 24, 1983.

Argued June 3, 1982.   J. Paul Erwin, Jr., for appellants;   Stephen W. Bruccoliri, for appellee.

Before HESTER, CIRILLO and JOHNSON, JJ.

Order affirmed.

457 A.2d 578

Solomos v. Septa.

Appeal of Southeastern Pennsylvania Transportation.
Petition for Allowance of Appeal Denied March 22, 1983.

Argued November 16, 1981.   Norman Hegge, Jr., for appellant;   Jill Douthett, Deputy City Solicitor, for City, appellee.

Before CERCONE, P.J., McEWEN and HOFFMAN, JJ.

The order of the learned Philadelphia County Common Pleas Court Judge Louis G. Hill is affirmed.